**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00388-CV**
_____

**JOHN LINDQUIST, Appellant**

**V.**

**MARK BAUER, Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-01-01513-CV**
_____

**MEMORANDUM OPINION**

John Lindquist, appellant, and Mark Bauer, appellee, filed a joint motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(2). The motion was filed before the Court decided the appeal.

We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

Submitted on February 23, 2022
Opinion Delivered February 24, 2022
Before Kreger, Horton and Johnson, JJ.